UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RANGEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS,<br><br>　　　　　Respondent. | No. 2:18-cv-3204 TLN DB<br><br>**DEATH PENALTY CASE**<br><br><br>ORDER |

　　　　Petitioner, a condemned state prisoner, has filed an application to proceed in forma pauperis with an action under 28 U.S.C. § 2254. In his application, petitioner states that he will challenge a conviction issued by the Madera County Superior Court. Madera County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

　　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. This court has not ruled on petitioner's request to proceed in forma pauperis;

////

1

1      2. This action is transferred to the United States District Court for the Eastern District of
2  California sitting in Fresno; and
3      3. All future filings shall reference the new Fresno case number assigned and shall be
4  filed at:
        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

Dated: December 18, 2018

        DEBORAH BARNES
        UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders.capital/rang3204.109