UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RANGEL,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:18-cv-01713-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING COUNSEL |

On December 14, 2018, Petitioner Pedro Rangel, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254 by filing an application for leave to *proceed in forma pauperis* and request for appointment of counsel to represent him. (Doc. Nos. 1 & 2.)

On December 21, 2018, the Court issued an order referring the case to the Selection Board for the Eastern District of California for recommendation of counsel and granting Petitioner's request to proceed *in forma pauperis*. (Doc. No. 8.) On that same day, the Court issued an order assigning the undersigned as Magistrate Judge to the action. (Doc. No. 9.)

On January 23, 2019, the Selection Board recommended that attorneys D. Jay Ritt and Verna J. Wefald be appointed to represent Petitioner.

The Court will adopt the recommendation of the Selection Board.

1

Accordingly,

1. D. Jay Ritt, Esq. and Verna J. Wefald, Esq. are appointed as co-counsel to represent Petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c). Counsel are directed to comply with the e-filing registration requirements of Local Rule 135.

2. The Clerk of the Court is directed to file under seal the Selection Board's January 23, 2019 letter to the Court.

3. The Clerk of the Court is directed to serve copies of this order on: D. Jay Ritt, Ritt Tai, Thvedt & Hodges, 65 N. Raymond Ave., No. 320, Pasadena, CA 91103, (Ph.) 626-685-2550, (Fax.) 626-685-2562, (Email) ritt@rtthlaw.com; Verna J. Wefald, 65 N. Raymond Ave., No. 320, Pasadena, CA 91103, (Ph.) 626-577-2658, (Fax.) 626-685-2562, (Email) verna@vernawefald.com; Ron Davis, Warden of San Quentin State Prison, San Quentin, CA 94964; Kenneth Sokoler, Supervising Deputy Attorney General, 1300 I Street, 14th Floor, Sacramento, CA 95814, (Ph.) 916-324-2960, (Email) kenneth.sokoler@doj.ca.gov; Kelly Culshaw, Assistant Federal Defender, Federal Defender's Office, 801 I Street, 3rd Floor, Sacramento, CA 95814, (Ph.) 916-498-6666-277, (Email) Kelly_culshaw@fd.org; and Connie Garcia, CJA Administrator, Office of the Federal Defender, 2300 Tulare Street, Suite 330, Fresno, CA 93721, (Ph.) 559-487-5561, (Email) connie_garcia@fd.org.

IT IS SO ORDERED.

Dated: **January 26, 2019**

UNITED STATES MAGISTRATE JUDGE