# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RANGEL, <br><br> Petitioner, <br><br> v. <br><br> RONALD DAVIS, Warden of San Quentin State Prison, <br><br> Respondent. | Case No. 1:18-cv-01713-AWI-SAB <br><br> <u>DEATH PENALTY CASE</u> <br><br> ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE <br><br> <u>Case Management Conference</u> <br><br> Date: April 12, 2019 <br> Time: 10:30 a.m. <br> Courtroom: 9 <br><br> Judge: Hon. Stanley A. Boone |

On February 6, 2019, the Court issued an order setting the initial case management conference for March 18, 2019 at 11:00 a.m. before the undersigned. (Doc. No. 12.)

Petitioner's counsel did not submit their initial litigation budget one (1) week prior to the conference as provided in the order. The Ninth Circuit Case Managing Attorney working with Petitioner's counsel advises the Court the delay in budget submission relates to Petitioner's ongoing assembly of the non-core record.

Accordingly, for Court finds good cause to continue the initial case management conference to April 12, 2019 at 10:30 a.m. to allow Petitioner's counsel additional time to complete the budget. Petitioner's counsel shall continue to work with the Ninth Circuit Case Managing Attorney to complete the budget and submit it and any supporting documentation to

1 | the Court through eVoucher at least one (1) week prior to the continued case management
2 | conference.

IT IS SO ORDERED.

Dated:   **March 14, 2019**

_____
UNITED STATES MAGISTRATE JUDGE