UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RANGEL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:18-cv-01713-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

The undersigned held an initial case management conference on April 12, 2019 at 10:30 a.m. in Department 9. D. Jay Ritt and Verna Wefald appeared for Petitioner, Pedro Rangel. Deputy Attorney General Michael Dolida appeared for Respondent, Ronald Davis. All counsel appeared telephonically.

As stated on the record and for good cause shown, the Court sets the following schedule:

1

1. By January 28, 2020, unless a different date is subsequently ordered by the Court, Petitioner shall file the petition pursuant to 28 U.S.C. § 2254, including argument and points and authorities. The Court will entertain any timely and proper motion to toll the deadline.

2. References to the state court record in the petition shall use the identification system set out in the Notice of Lodging, described below. Each reference shall thus include the docket number for the Notice of Lodging, the attachment number, and the Bate-stamp numbers followed, in parentheses, by the abbreviated name of the volume of the record and any internal pagination. For example, if the Notice of Lodging appears as electronic court filing number 40 and the first attachment is the first 300 pages of the Clerk's Transcript on Appeal, the citation form would be "DOC. No. 40-1, AG00001-AG00300 (CT 1-300)."

3. By July 12, 2019, Respondent shall file a Notice of Lodging and lodge with the Court the state court record as specified below.

    a. The lodged record shall meet the following requirements:

        (i) It shall contain (a) transcripts of the state trial court proceedings; (b) appellant's and respondent's briefs on direct appeal to the California Supreme Court, and the opinion or orders of that Court; and (c) Petitioner's and Respondent's briefs in any state court habeas corpus proceedings, and all opinions, orders and transcripts of such proceedings.

        (ii) The entire record shall be Bate-stamped. Bate-stamp numbering shall be in the format AG00001, AG00002, etc. to distinguish it from other numbering systems in the record.

        (iii) The entire record shall be scanned.

        (iv) The entire record shall be converted to an optical character recognition (OCR) format.

|   |   |   |
|---|---|---|
| 1 | | (v) State sealed documents shall be lodged in paper form. |
| 2 | b. | The Notice of Lodging shall be filed on the Court's electronic filing system. Each item of the state court record shall be lodged as an attachment to the Notice of Lodging. For each separate attachment, the Notice of Lodging shall identify the attachment number, the Bate-stamp numbers, and the name of that part of the record, including its internal pagination, if any. For example, the attachment identified above in paragraph 2 would be listed in the Notice of Lodging as: "Attachment #1, AG00001-AG00300 (Clerk's Transcript 1-300)." The identical identifying information shall also be included as the docket title of each electronically lodged attachment to the Notice of Lodging. To the extent possible, each separate paper volume of the state court record shall be lodged as one attachment. |
| | c. | The state court record need not also be lodged on CDs, and courtesy copies on CD are *not* required. |
| 4. | | By April 27, 2020, the parties shall meet and confer regarding exhaustion issues and file a joint statement advising the Court which claims are exhausted or partially exhausted. |
| 5. | | By September 28, 2020, Respondent shall file his answer to the federal petition, including all substantive and procedural defenses, argument and points and authorities. |
| 6. | | A briefing schedule will be set after the petition and answer have been filed. |
| 7. | | Counsel for both parties are directed to familiarize themselves with the <u>Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California Fresno Division</u>.[1] |
| 8. | | The parties are advised that the Court will view any request to extend the above |

---

[1] Available at http://www.caed.uscourts.gov/caednew/index.cfm/forms/cja-capital-habeas-forms/

timeline with disfavor absent reasonably unforeseeable and unavoidable circumstances showing good cause for an extension of time.

IT IS SO ORDERED.

Dated: **April 12, 2019**

_____
UNITED STATES MAGISTRATE JUDGE