# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RANGEL,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:18-cv-01713-AWI-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. No. 18) |

Before the Court is the August 16, 2019 response of Warden Ron Davis, through counsel Deputy Attorney General Michael Dolida, to the Court's August 13, 2019 order to show cause why sanctions should not be imposed for failure to file notice of lodging and lodge with the Court the specified state court record by the July 12, 2019 deadline provided in the Court's scheduling order.

Counsel timely responded to the show cause order, explaining that his failure to file notice of lodging and lodge the state record resulted from an inadvertent failure to calendar the deadline. Counsel, concurrent with his response to the show cause order, filed notice of lodging documents. (Doc. No. 20.)

Accordingly, the Court discharges the August 13, 2019 order to show cause. (Doc. No. 18.) The Court will entertain any timely and proper motion by Petitioner to toll the January 28,

1

2020 petition filing deadline. Counsel for Respondent is admonished that any further noncompliance with an order of the Court will be closely scrutinized for imposition of sanctions.

IT IS SO ORDERED.

Dated:   **August 19, 2019**

UNITED STATES MAGISTRATE JUDGE