UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RANGEL,<br><br>  Petitioner,<br><br> v.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>  Respondent. | Case No. 1:18-cv-01713-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER PROVIDING FURTHER SCHEDULING |

  On December 14, 2018, Petitioner Pedro Rangel, a state prisoner facing capital punishment, began this action pursuant to 28 U.S.C. § 2254.

  On April 15, 2019, the Court issued an order setting initial scheduling in this case following an April 12, 2019 telephonic case management conference at which appointed counsel D. Jay Ritt and Verna Wefald appeared for Petitioner and Deputy Attorney General Michael Dolida appeared for Respondent, Ronald Davis.

  On December 23, 2019, the Court issued an order granting equitable tolling and modifying case scheduling, therein directing that: the petition under 28 U.S.C. § 2254 be filed by February 27, 2020; the parties meet and confer and file a joint statement advising the Court which claims are exhausted or partially exhausted by not later than June 1, 2020; and the answer to the petition be filed by October 28, 2020.

1

On February 25, 2020, Petitioner filed his petition in this proceeding.

On March 17, 2020, Respondent assigned Deputy Attorney General Sally Espinoza to the case in place of Mr. Dolida.

On May 29, 2020, the parties filed their joint statement reflecting their disagreement as to the exhaustion status of claims 1, 3, 7, 8, 9, 16, 17, and 18, and request for further scheduling.[1]

Accordingly,

1. Respondent shall file a motion to dismiss the petition as a mixed petition by September 1, 2020. Petitioner's opposition shall be filed by October 30, 2020. Respondent's reply shall be filed by November 30, 2020. Thereupon, the matter shall be deemed submitted.[2]

2. The October 28, 2020 deadline for Respondent to file his answer to the petition will vacate automatically upon filing of his dismissal motion. If Respondent does not file a dismissal motion by the date specified, current scheduling will remain in effect.

IT IS SO ORDERED.

Dated: **June 2, 2020**

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties agree that claims 2, 4, 5, 6, 10, 11, 12, 13, 14, and 15 are exhausted.
[2] See General Orders in the Eastern District of California regarding COVID-19 Emergency available at: http://www.caed.circ9.dcn/index.cfm/iCAED/coronavirus-covid-19-guidance/