UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RANGEL, | Case No. 1:18-cv-01713-AWI-SAB |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER PROVIDING FURTHER SCHEDULING |
| RONALD DAVIS, Warden of San Quentin State Prison, | |
| Respondent.[1] | |

On December 14, 2018, Petitioner Pedro Rangel, a state prisoner facing capital punishment, commenced this action pursuant to 28 U.S.C. § 2254.

On February 25, 2020, Petitioner, through appointed counsel D. Jay Ritt and Verna Wefald, filed in this proceeding his petition, including argument and points and authorities, totaling 128 pages, supported by six exhibits.

On October 27, 2020, Respondent Warden Ronald Davis, through counsel Deputy Attorney General Sally Espinoza, filed his answer to the petition, including all substantive and procedural defenses, argument and points and authorities, totaling 76 pages.

---

[1] Ron Broomfield, Acting Warden of San Quentin State Prison, is substituted for Ronald Davis, former Warden of San Quentin State Prison, pursuant to Federal Rules of Civil Procedure 25(d).

1

Accordingly, Petitioner shall file any reply to the answer by April 27, 2021.

The parties are advised that the Court will not entertain request(s) for summary judgment. Motions for evidentiary development and/or hearing may be filed only after the Court's analysis of the claims pursuant to 28 U.S.C. § 2254(d), and according to any schedule then provided by the Court. The merits of the claims alleged in the petition will be addressed prior to procedural defenses, and defenses under *Teague v. Lane*, 489 U.S. 288 (1989).

The Court will view any request to extend the above timeline with disfavor absent reasonably unforeseeable and unavoidable circumstances showing good cause for an extension of time.

IT IS SO ORDERED.

Dated: __November 5, 2020__

UNITED STATES MAGISTRATE JUDGE